UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER RINALDI,
                                  Plaintiff,

                 -against-

NICE LTD, et al.,
                                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2020

19 Civ. 424 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, mediation was held on January 14, 2020;

       WHEREAS, the parties were ordered to file a letter on ECF apprising the Court of the status of settlement discussions within one week of mediation (Dkt. No. 97);

       WHEREAS, no such letter has been filed. It is hereby

       ORDERED that, by January 28, 2020, the parties shall file a letter on ECF apprising the Court of the status of settlement discussions, pursuant to the Court Order at Dkt. No. 97, and the status of discovery following Judge Fox's Order at Dkt. 104.

Dated: January 23, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**