UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2020

-------------------------------------------------------X
                  :
PETER RINALDI,                  :
               Plaintiff,   :
                  :       19 Civ. 424 (LGS)
         -against-    :
                  :         ORDER
NICE LTD, et al.,        :
           Defendants.  :
-------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 5, 2019, Defendants filed a letter motion for leave to file a

motion for summary judgment (Dkt. No. 92). It is hereby

      **ORDERED** that Defendants shall file a motion for summary judgment on Plaintiff's

claims for age discrimination and non-payment of wages, and to dismiss Plaintiff's claim of

retaliation, which shall be subject to the following schedule: (1) Defendants shall file the motion

by **March 16, 2020**; (2) Plaintiff shall file his memorandum of law in opposition to Defendants'

motion by **April 14, 2020**; and (3) Defendants shall file the reply in support of the motion by

**April 28, 2020**. The parties shall comply with the Court's Individual Rules in filing their

motions and supporting papers.

Dated: January 29, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**