```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                             :
PETER RINALDI,                               :
                              Plaintiff,     :
                                             :           19 Civ. 424 (LGS)
                -against-                    :
                                             :                 ORDER
NICE LTD, et al.,                            :
                              Defendants.    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 12, 2019, a discovery dispute was referred to Judge Fox (Dkt. No. 103);

WHEREAS, on January 29, 2020, the Court set a briefing schedule for Defendants' motion for summary judgment (Dkt. No. 108);

WHEREAS, on February 26, 2020, Judge Fox granted Plaintiff's request to move to compel SAP SuccessFactors, Inc. ("SAP") to produce documents (Dkt. No. 111);

WHEREAS, on March 6, 2020, Plaintiff filed the motion to compel (Dkt. No. 112). An opposition was filed on March 13, 2020 (Dkt. No. 113);

WHEREAS, on March 16, 2020, pursuant to this Court's order, Defendants filed the motion for summary judgment (Dkt. No. 114). It is hereby

**ORDERED** that the parties shall meet and confer and, by **March 27, 2020**, file a joint letter on ECF proposing amendments to the current briefing schedule for Defendants' motion for summary judgment to permit Plaintiff to incorporate, as appropriate, any information from any SAP production into his opposition.

The Clerk of Court is respectfully requested to mail this order to pro se Plaintiff.

Dated: March 17, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE