UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PETER RINALDI,                                          :                               :
                                                        :
          Plaintiff,                              :
                                                        :
      -against-                                       :        **ORDER**
                                                        :        19 CV 424 (LGS) (KNF)
NICE LTD., et al.,                                      :
                                                        :
                                                        :
          Defendants.                             :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Based on the stipulation appearing at Docket Entry No. 132, the time for SAP SuccessFactors, Inc. to respond to the plaintiff's motion to compel, Docket Entry No. 128, is enlarged to May 15, 2020.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                  SO ORDERED:
           May 11, 2020

                                                       _____
                                                       KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE