UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER RINALDI,
                              Plaintiff,

                                 19 Civ. 424 (LGS)

          -against-

                                 ORDER

NICE LTD, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to this Court's Order at Dkt. No. 140, the parties were to file a status letter on August 3, 2020, to inform the Court if further adjournment of the deadlines relating to the briefing of Defendants' motion for summary judgment is needed due to ongoing closure of public libraries and universities.

      WHEREAS, no such letter has been filed. It is hereby

      **ORDERED** that, by August 7, 2020, the parties shall jointly file a status letter.

Dated: August 4, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**