UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER RINALDI,                                :
                             Plaintiff,   :
                                                  :
              -against-         :     19 Civ. 424 (LGS)
                                                  :
                                                  :     <u>ORDER</u>
NICE LTD., et al.,                             :
                            Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 6, 2020, the Court requested that the Clerk of Court mail a copy of the Order at Dkt. No. 147 to pro se Plaintiff;

       WHEREAS, on August 7, 2020, the Clerk of Court mailed a copy of the Order at Dkt. No. 147 to Peter Rinaldi at 201 E12 St., New York, NY 10003;

       WHEREAS, on August 27, 2020, the mailed copy of the Order at Dkt. No. 147, was returned with the message "Return To Sender Not Deliverable As Addressed Unable to Forward";

       WHEREAS, prior Orders have been successfully mailed to Plaintiff at 201 E. 12th Street, #323, New York, NY 10003 (*see* Dkt. Entries on February 26, 2019, March 4, 2019, and April 12, 2019);

       The Clerk of Court is respectfully requested to modify Plaintiff's address on the docket to the following, and to mail this Order and the Order at Dkt. No. 147 to pro se Plaintiff.

       Peter Rinaldi
       201 E. 12 Street, #323
       New York, NY 10003

**SO ORDERED.**

Dated: September 1, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE