UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER RINALDI,

                Plaintiff,

     -against-                              **ORDER**

NICE LTD., et al.,                        19 CV 424 (LGS) (KNF)

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on September 16, 2020, at 10:30 a.m. The parties shall use call-in number (888) 557-8511 and access code 4862532.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                SO ORDERED:
           September 9, 2020

                                                        _/s/ Kevin Nathaniel Fox_
                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE