**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PETER RINALDI,

|                    |                       |                            |
|--------------------|-----------------------|----------------------------|
|                    | Plaintiff,            | 19 **CIVIL** 424 (LGS)     |
| -v-                |                       | <u>**JUDGMENT**</u>        |

NICE, LTD., et al.,

                                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 21, 2021, and Order dated October 14

2021, Defendant's motion to dismiss is granted, and Plaintiff's motion for leave to amend is

denied; accordingly, the case is closed.

**Dated:**  New York, New York
           October 20, 2021

                                                    **RUBY J. KRAJICK**
                                        _____
                                                    **Clerk of Court**
                                   **BY:**
                                                    **Deputy Clerk**